```
               ____ FILED            ____ RECEIVED
               ____ ENTERED          ____ SERVED ON
                            COUNSEL/PARTIES OF RECORD

                         MAY 2 3 2012

                     CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
               BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-104-KJD (RJJ) |
| ) | |
| WILLIAM GREENFIELD, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 23, 2012, defendant WILLIAM GREENFIELD pled guilty to Count One of a Two-Count Criminal Indictment charging him with Transporting Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and (b). Indictment, ECF No. 9.

This Court finds defendant WILLIAM GREENFIELD agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Amended Bill of Particulars. Indictment, ECF No. 9; Amended Bill of Particulars, ECF No. 16.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Amended Bill of Particulars and the offense to which defendant WILLIAM GREENFIELD pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

. . .

1        a.     a Toshiba Laptop, Serial #XB341851Q;

2        b.     256 MB SimpleTech thumb drive;

3        c.     1 CD-R;

4        d.     Dell Model 530s Desktop Computer, Serial Number G1FSJG1;

5        e.     HP Model 110-3731CL Netbook Computer, Serial Number 5CB1202PTR;

6        f.     HP Model HPG61 Laptop Computer, Serial Number CNF008B5Y5;

7        g.     Silver Memorex 256 MB USB Traveldrive labeled number 3;

8        h.     Toshiba 4 GB USB Thumbdrive labeled number 1;

9        i.     SanDisk Cruzer 2 GB USB Thumbdrive labeled number 3;

10        j.     HP 16 GB Thumbdrive, no serial number;

11        k.     Two floppy disks labeled numbers 2 and 3;

12        l.     Floppy disk labeled number 1; and

13        m.     any book, magazine, periodical, film, videotape, or other matter which contains

14              any such visual depiction, which was produced, transported, mailed, shipped,

15              or received in violation of Title 18, United States Code, Sections 2251 and

16              2252A and any property, real or personal, used or intended to be used to commit

17              or to promote the commission of such offense ("property").

18     This Court finds the United States of America is now entitled to, and should, reduce the

19  aforementioned property to the possession of the United States of America.

20     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

21  United States of America should seize the aforementioned property.

22     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

23  WILLIAM GREENFIELD in the aforementioned property is forfeited and is vested in the United

24  States of America and shall be safely held by the United States of America until further order of the

25  Court.

26  . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

2    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

3    website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

4    the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

5    the name and contact information for the government attorney to be served with the petition,

6    pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

8    with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

10   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

11   following address at the time of filing:

12       MICHAEL A. HUMPHREYS
         Assistant United States Attorney
13       Daniel D. HOLLINGSWORTH
         Assistant United States Attorney
14       Lloyd D. George United States Courthouse
         333 Las Vegas Boulevard South, Suite 5000
15       Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

17   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

18   following publication of notice of seizure and intent to administratively forfeit the above-described

19   property.

20   DATED this 23rd day of _____ May _____, 2012.

21

22

23       _____
24                UNITED STATES DISTRICT JUDGE
25

26